PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>APPROXIMATELY 1.10387626 BITCOIN,<br><br>    Defendant. | 2:22-CV-02153-TLN-KJN<br><br>ORDER PERMITTING DIRECT NOTICE OF COMPLAINT FOR FORFEITURE BY EMAIL |

Pursuant to the Government's *Ex Parte* Motion for Order Permitting Direct Notice of Complaint for Forfeiture by Email, the Court finds that there is good cause to permit direct notice via email of the Verified Complaint for Forfeiture *In Rem* and the Warrant for Arrest *In Rem* to potential claimant Patel Ankitbhai Ramanbhai, who has been identified as the holder of the Binance account the defendant cryptocurrency was seized from.

IT IS SO ORDERED.

Dated: February 9, 2023

_____
Troy L. Nunley
United States District Judge