UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:22-cv-2153-TLN-KJN |
| Plaintiff, | |
| v. | **ORDER** |
| APPROXIMATELY 1.10387626 BITCOIN, et al., | |
| Defendants. | |

The United States of America brings this in rem action, under 21 U.S.C. § 981(a)(6), seeking civil forfeiture of Defendant for approximately 1.10387626 Bitcoin ("Defendant Cryptocurrency") derived from proceeds traceable to an offense constituting "specified unlawful activity" as defined in 18 U.S.C. § 1956(c)(7).

On February 8, 2024, the magistrate judge filed findings and recommendations (ECF No. 15), which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days.  The time to file objections has passed, and neither party filed objections.

Accordingly, the Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed *de novo*.  *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). The Court reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the findings and recommendations in full.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed on February 8, 2024 (ECF No. 15) are ADOPTED IN FULL;
2. The Government's Motion for Default Judgement (ECF No. 14) is GRANTED;
3. The Court ENTERS JUDGEMENT by default against any right, title, or interest of potential claimants Patel Ankitbhai Ramanbhai and Joseph McLellan in the Defendant Cryptocurrency referenced above; and
4. The Court ENTERS FINAL JUDGMENT, forfeiting all right, title, and interest in the Defendant Cryptocurrency to the United States to be disposed of according to law.

Date: March 6, 2024

_____
Troy L. Nunley
United States District Judge